1
2
3
4
5
6
7
8
9
10
11
12
13
14

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| **RONALD GILPIN**, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>   v.<br><br>**FIRST NATIONAL COLLECTION BUREAU, INC.,**<br><br>           Defendant. | **Case No.  2:21-cv-06591-SVW-JPR**<br><br>**] DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 17, 2023 Stipulation of Dismissal, the claims asserted against Defendant in Civil Action No. **2:21-cv-06591-SVW-JPR** are dismissed, as follows:

1. Plaintiff's claims against Defendant are dismissed with prejudice; and

2. The claims of the putative class are dismissed without prejudice.

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** \_\_\_24th\_\_\_ **day of** \_\_\_\_\_May\_\_\_\_\_**, 2023.**

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE